According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information is 0579-0102. The time required to complete this information collection is estimated to average 1 hour per response, including the time reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

FORM APPROVED - OMB NO. 0579-0102

| U.S. DEPARTMENT OF AGRICULTURE<br>ANIMAL PLANT HEALTH INSPECTION SERVICE<br>PLANT PROTECTION AND QUARANTINE<br><br>**EMERGENCY ACTION NOTIFICATION** | SERIAL NO. **443343** | |
|---|---|---|
| | 1. PPQ LOCATION<br>**5301 - HOUSTON, TX** | 2. DATE ISSUED<br>**11/28/2022** |

| 3. NAME AND QUANTITY OF ARTICLE(S)<br>Article Name  **Miscellaneous Equipment, Equipment**<br>Quantity  **114 Each**<br>Description | 4. LOCATION OF ARTICLES<br>**Port of Houston** | |
|---|---|---|
| | 5. DESTINATION OF ARTICLES<br>**THOMSON PIPE GROUP PRESSURE, INC.**<br>**1003 N. MCARTHUR BLVD**<br>**GRAND PRARIE TX 75050 USA** | |

| 6. SHIPPER<br>**SERVICIOS MULTIMODALES DEL GOLFO S.**<br>**CALLE SATURNO 105 PISO 2 COL. BARAN**<br>**BARANDILLAS TA 89180 MEXICO** | 7. NAME OF CARRIER<br>**NOMADIC MILDE**<br>**vyg# 2255** | |
|---|---|---|
| | 8. SHIPMENT ID NO.(S)<br>Airway Bill, B/L, Etc.  **KOSLALTHOU00002**<br>Tariff Number  **3917290090**<br>Container Num  **NC (1 Cont)**<br>ISPM 15 marking  **MX-005 MB** | |

| 9. OWNER/CONSIGNEE OF ARTICLES<br>**THOMSON PIPE GROUP PRESSURE, INC.**<br>**1003 N. MCARTHUR BLVD**<br>**GRAND PRARIE TX 75050 USA** | 10. PORT OF LADING<br>**20193 - ALTAMIRA, PUERTO MADERO, TAMPICO** | 11. DATE OF ARRIVAL<br>**11/25/2022** |
|---|---|---|
| | 12. ID OF PEST(S), NOXIOUS WEEDS, OR ARTICLE(S)<br>**Pest** | |
| | 12a. PEST ID NO.<br>**414794 | 5301-9187928-DR01 | Siricidae** | 12b. DATE INTERCEPTED<br>**11/27/2022** |
| PHONE NO.       FAX NO. | 13. COUNTRY OF ORIGIN<br>**TURKEY (TURKIYE)** | 14. GROWER NO |
| SS NO.           TAX ID NO. | 15. FOREIGN PHYTOSANITARY CERTIFICATE NO.<br>Certificate Status | |
| | 15a. PLACE ISSUED | 15b. DATE |

Under sections 411, 412, and 414 of the Plant Protection Act (7 USC 7711, 7712, and 7714) and Sections 10404 through 10407 of the Animal Health Protection Act (7 USC 8303 through 8306), you are hereby notified, as owner or agent of the owner of said carrier, premises, and/or articles, to apply remedial measures for the pest(s), noxious weeds, and/or article(s) specified in Item 12, in a manner satisfactory to and under the supervision of an Agriculture Officer. Remedial measures shall be in accordance with the action specified in Item 16 and shall be completed within the time specified in Item 17.*

AFTER RECEIPT OF THIS NOTIFICATION, ARTICLES AND/OR CARRIERS HEREIN DESIGNATED MUST NOT BE MOVED EXCEPT AS DIRECTED BY AN AGRICULTURE OFFICER. THE LOCAL OFFICER MAY BE CONTACTED AT: **281-842-0300**

| 16. ACTION REQUIRED<br><br>☐ **RE-EXPORTATION** | The Wood Packaging Material (WPM) with this shipment is noncompliant. The WPM must be re-exported. Please contact an Agriculture Officer for further explanation. Note: No cost in the remedial measures for this shipment will be incurred by The United States Government. Importations of non-compliant WPM may result in penalties equal to the value of the merchandise.<br>7 CFR 319.40 - Regulated Wood Packaging Material, 7 CFR 352 - Safeguard Regulations, 7 CFR 330 - Federal Plant Pest Regulations; General; Plant Pests; Soil, Stone, and Quarry Products; Garbage<br>Live insects of the family Siricidae were extracted from the Wood Packaging Material (WPM) in this shipment. Shipments with wood boring pests of the family Siricidae inside the Wood Packaging Material are refused entry into the United States and must be exported immediately. All cargo and WPM imported under Bill of Lading KOSLALTHOU00002 are refused entry and must be immediately exported from the Port of Houston. The cargo may not be manipulated and must remain safeguarded by tarping in accordance with written instructions by CBP Agriculture Specialists while pending immediate export. This shipment cannot transit or discharge in the United States and must be exported directly from the Port of Houston. Acceptance of an IE type 63 posted in ACE is required prior to the re-exportation of the shipment. Entry into the quarantine area without CBP/USDA authorization is prohibited. |
|---|---|

* Should the owner or owner's agent fail to comply with this order within the time specified below, USDA is authorized to recover from the owner or agent cost of any care, handling, application of remedial measures, disposal, or other action incurred in connection with the remedial action, destruction, or removal.

| 17. AFTER RECEIPT OF THIS NOTIFICATION COMPLETE SPECIFIED ACTION WITHIN (Specify No. Hours or No. Days)  **7 Days** | 18. SIGNATURE OF OFFICER<br>**JOHN P LOPEZ** |
|---|---|
| ACKNOWLEDGEMENT OF RECEIPT OF EMERGENCY ACTION NOTIFICATION | |
| *I hereby acknowledge receipt of the foregoing notification.* | |
| SIGNATURE AND TITLE | DATE AND TIME |
| 19. REVOCATION OF NOTIFICATION | |
| ACTION TAKEN | |
| SIGNATURE OF OFFICER | DATE |

EXHIBIT 3