# KING OCEAN SERVICES LTD

**13155 NW 19TH LANE**
**SWEETWATER, FL 33182 U.S.A.**
**PH: 305-591-7595**
**FAX: 305-593-9842**

| INVOICE # | DATE |
|---|---|
| 2020422 | 11/23/2022 |

| BILL OF LADING | VESSEL/VOYAGE |
|---|---|
| KOSL151001 / KOSL151002 | NOMADIC MILDE V.2255 |

| LOAD PORT | DISCHARGE PORT |
|---|---|
| HOUSTON, TX USA | ALTAMIRA, MX / HOUSTON TX |

### INVOICE PARTY

THOMPSON PIPE GROUP PRESSURE, INC
1003 N. MCARTHUR BLVD
GRAND PRARIE, TEXAS 75050 USA
PHONE: 909-434-1888
TAX NUMBER OF COMPANY: 94-3404882

### INVOICE DETAILS

| DEBITS | AMOUNT (USD) |
|---|---|
| OCEAN FREIGHT: $650,000 LUMPSUM | $650,000.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL DUE** | **$650,000.00** |

### WIRE TRANSFER TO KING OCEAN SERVICES LTD.
WIRE TRANSFER – EFT – ACH INSTRUCTIONS

FIFTH THIRD BANK, NA
38 FOUNTAIN SQUARE PLAZA
CINCINNATI, OH 45263

SWIFT CODE: FTBCUS3CXXX
ABA ROUTING: 042000314

BENEFICIARY ACCOUNT NUMBER
7435672279

BENEFICIARY NAME

KING OCEAN
13155 NW 19TH LANE
SWEETWATER, FL 33182
USA

### REMARKS

**PLEASE MAKE CHECKS PAYABLE TO**
**KING OCEAN SERVICES LTD.**
Please include one copy of invoice with payment

EXHIBIT 4

# KING OCEAN SERVICES LTD

**13155 NW 19TH LANE**
**SWEETWATER, FL 33182 U.S.A.**
**PH: 305-591-7595**
**FAX: 305-593-9842**

| INVOICE # | DATE |
|---|---|
| 2020431 | 11/28/2022 |

| BILL OF LADING | VESSEL/VOYAGE |
|---|---|
| KOSL151001 / KOSL151002 | NOMADIC MILDE V.2255 |

| LOAD PORT | DISCHARGE PORT |
|---|---|
| HOUSTON, TX USA | ALTAMIRA, MX / HOUSTON TX |

**INVOICE PARTY**

THOMPSON PIPE GROUP PRESSURE, INC
1003 N. MCARTHUR BLVD
GRAND PRARIE, TEXAS 75050 USA
PHONE: 909-434-1888
TAX NUMBER OF COMPANY: 94-3404882

| INVOICE DETAILS | |
|---|---|
| **DEBITS** | **AMOUNT (USD)** |
| ADDITIONAL EXPENSES INCURRED IN ALTAMIRA - $53,627.51 USD | $53,627.51 |
| DETENTION - $42,036.46 | $42,036.46 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL DUE** | **$95,663.97** |

**WIRE TRANSFER TO KING OCEAN SERVICES LTD.**
WIRE TRANSFER – EFT – ACH INSTRUCTIONS

| | | REMARKS |
|---|---|---|
| FIFTH THIRD BANK, NA | BENEFICIARY ACCOUNT NUMBER | |
| 38 FOUNTAIN SQUARE PLAZA | 7435672279 | |
| CINCINNATI, OH 45263 | | |
| | BENEFICIARY NAME | |
| SWIFT CODE: FTBCUS3CXXX | | |
| ABA ROUTING: 042000314 | KING OCEAN | |
| | 13155 NW 19TH LANE | |
| | SWEETWATER, FL 33182 | |
| | USA | |

**PLEASE MAKE CHECKS PAYABLE TO**
**KING OCEAN SERVICES LTD.**
Please include one copy of invoice with payment

EXHIBIT 4